**BRIAN C. LOWNEY**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 8329**
**Missoula, MT 59807**
**101 E. Front St., Suite 401**
**Missoula, MT 59802**
**Phone: (406) 542-8851**
**Fax: (406) 542-1476**
**Email: brian.lowney@usdoj.gov**

**FILED**

SEP 1 1 2024

Clerk, U.S. District Court
District of Montana
Great Falls

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **MALLORY NEHEMIAH BROWN,** <br><br> **Defendant.** | CR 24-49-M-DLC <br><br> **INDICTMENT** <br><br> **PROHIBITED PERSON IN POSSESSION OF A FIREARM** <br> Title 18 U.S.C. § 922(g)(1) <br> **(Penalty: 15 years of imprisonment, $250,000 fine, and three years of supervised release)** <br><br> **CRIMINAL FORFEITURE** <br> 18 U.S.C. § 924(d) |

THE GRAND JURY CHARGES:

That on or about January 9, 2024, at or near Libby, in Lincoln County, in the

State and District of Montana, the defendant, MALLORY NEHEMIAH BROWN,

1

knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate and foreign commerce, a firearm, in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in this indictment, the defendant, MALLORY NEHEMIAH BROWN, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

A TRUE BILL.                Foreperson signature redacted. Original document filed under seal.


FOREPERSON


JESSE A. LASLOVICH
United States Attorney


CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

2